Alfred Wotkyns Seymour, as Administrator, etc., v. The Mechanics and Metals National Bank of the City of New York.— Motion denied, with

ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.